**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 MAR 15   AM 8: 38

CLERK_____
SO. DIST OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: 4:16CR198 |
| | ) | |
| YADIELYS ROJAS | ) | |
| Defendant | ) | |

## ORDER

The Defendant's Motion to travel having been read and considered, for good cause shown, the same is hereby GRANTED. The Defendant may be allowed to travel to Cuba from March 16 through March 20, 2017. During said travel period the Defendant shall comply with any and all requirements imposed by her probation officer and shall contact her probation officer on the day immediately after her return from Cuba.

SO ORDERED this _14th_ day of March, 2017.

**HONORABLE JUDGE G.R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**

ORDER PREPARED BY:
BOONE PHILLIPS
420 W. Broughton Street
Savannah, Georgia 31401
BPLaw912@Gmail.com
912-232-0081