# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 4:16-CR-198 |
| | ) | |
| **YADIELYS ROJAS** | ) | |

## ORDER OF DISMISSAL

The motion of the Government for an order dismissing, without prejudice, the case against YADIELYS ROJAS is GRANTED. The above referenced case is hereby dismissed without prejudice.

**SO ORDERED** this 15th day of September 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA